1  RICHARD E. ZUCKERMAN
   Principal Deputy Assistant Attorney General
2
   HENRY C. DARMSTADTER
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683, Ben Franklin Station
   Washington, D.C. 20044-0683
5  Telephone: (202) 307-6481
   Facsimile: (202) 307-0054
6  E-mail: henry.c.darmstadter@usdoj.gov

7
   *Of Counsel*
8  NICHOLAS A. TRUTANICH
   United States Attorney
9
   *Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
SOUTHERN DIVISION

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JACLYN R. HAFTER, an individual; J.H, a minor; G.H., a minor; BRANDON PHILLIPS, as Trustee of the Jacob Hafter Trust dated April 17, 2018, THE UNITED STATES OF AMERICA, acting through the Internal Revenue Service, and DOES 1-5,<br><br>Defendants. | Case No. 2:18-cv-02161-JAD-PAL<br><br>**STIPULATION TO CONTINUE RULE 26 (AND L.R. 26-1) REQUIRMENTS IN LIGHT OF LAPSE IN APPROPRIATION** |

COMES NOW, plaintiff Genworth Life and Annuity Insurance Company, defendant Jaclyn R. Hafter, defendant Brandon Phillips, as trustee of the Jacob Hafter Trust dated April 17, 2018 and defendant United States of America, on behalf of the Internal Revenue Service, an

1

agency of the United States Department of the Treasury, by and through undersigned counsel, and hereby submit the following Stipulation to continue the Rule 26 and Local Rule 26-1 requirements due to the lapse in appropriations:

This Interpleader Action arises from a dispute among the defendants as to their respective entitlement to death benefits payable on a life insurance policy issued by plaintiff, Genworth Life and Annuity Insurance Company (hereinafter "Genworth"). On or about November 13, 2000, Genworth issued a life insurance policy (hereinafter "Policy") on the life of the Decedent (Jacob L. Hafter) with a stated death benefit of $250,000. This action is related to another interpleader action currently pending in this district court, *ReliaStar Life Insurance Company v. Jaclyn R. Hafter, et al.*, Case No. 2:18-cv-01166-APG-NJK. The *ReliaStar* action pertains to the proceeds of another insurance policy issued on the life of Jacob L. Hafter.

At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

All of the defendants except two minors (J.H. and G.H.) have filed answers in this case (ECF Nos. 5, 7, 15, and 20). The Court has directed that the parties file a Discovery Plan and Scheduling Order under L.R. 26-1 by February 1, 2019.

In light of the lapse in appropriations, the parties stipulate and agree that the Rule 26 and L.R. 26-1 requirements be continued and that the parties file a Discovery Plan and Scheduling Order on or before March 4, 2019.

2

| | | |
|---|---|---|
| DATED: January 17, 2019 | | */s/Henry C. Darmstadter* |
| | | HENRY C. DARMSTADTER |
| | | Trial Attorney, Tax Division |
| | | U.S. Department of Justice |
| | | P.O. Box 683 Ben Franklin Station |
| | | Washington, D.C. 20044-0683 |
| | | (202) 307-6481 |

*Of Counsel*
NICHOLAS A. TRUTANICH
United States Attorney
Attorneys for the United States

DATED: January 17, 2019                    */s/Jennifer K. Hostetler*
                                            JENNIFER K. HOSTETLER
                                            Lewis Roca Rothgerber Christie LLP
                                            3993 Howard Hughes Pkwy.
                                            Suite 600
                                            Las Vegas, NV 89169
                                            702-464-2624

                                            Attorneys for Plaintiff Genworth Life and
                                            Annuity Insurance Company

DATED: January 17, 2019                    */s/Cary Colt Payne*
                                            CARY COLT PAYNE
                                            Cary Colt Payne, CHTD.
                                            700 S. Eighth Street
                                            Las Vegas, NV 89101
                                            702-383-9010

                                            Attorney for Defendant Brandon Phillips, as
                                            trustee of the Jacob Hafter Trust dated April
                                            17, 2018

DATED: January 17, 2019                    */s/Alexander G. LeVeque*
                                            ALEXANDER G. LEVEQUE
                                            STEVEN E. HOLLINGSWORTH
                                            Solomon Dwiggins & Freer, Ltd.
                                            Cheyenne West Professional Center
                                            9060 W. Cheyenne Avenue
                                            Las Vegas, NV 89129
                                            702-589-3502

                                            Attorneys for defendant Jaclyn R. Hafter

**IT IS SO ORDERED** this 18th day of January, 2019.

_____
Peggy A. Leen
United States Magistrate Judge

3

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day January 2019, I electronically filed the foregoing **STIPULATION TO CONTINUE RULE 26 (AND L.R. 26-1) REQUIRMENTS IN LIGHT OF LAPSE IN APPROPRIATION** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Jennifer K. Hostetler**
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy.
Suite 600
Las Vegas, NV 89169
702-464-2624
Fax: 702-949-8398
Email: jhostetler@lrrc.com

**Alexander G LeVeque**
SOLOMON DWIGGINS & FREER, LTD.
9060 W. Cheyenne Avenue
Las Vegas, NV 89129
(702) 853-5483
Fax: (702) 853-5485
Email: aleveque@sdfnvlaw.com


**Joshua M Hood**
Lincoln, Gustafson & Cercos
3960 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
702-257-1997
Email: jhood@lgclawoffice.com

 **Mark A. Solomon**
SOLOMON DWIGGINS & FREER, LTD.
9060 W. Cheyenne Avenue
LAS VEGAS, NV 89129
702-853-5483
Fax: 702-853-5485
Email: msolomon@sdfnvlaw.com

5

**Steven E. Hollingworth**
Solomon Dwiggins & Freer, Ltd
9060 W. Cheyenne Avenue
Las Vegas, NV 89129
702-853-5483
Fax: 702-853-5485
Email: Shollingworth@sdfnvlaw.com

**Cary Colt Payne**
Cary Colt Payne, CHTD.
700 S. Eighth Street
Las Vegas, NV 89101
702-383-9010
Fax: 702-383-9049
Email: carycoltpaynechtd@yahoo.com

                                        */s/ Henry C. Darmstadter*
                                        HENRY C. DARMSTADTER III
                                        Trial Attorney
                                        United States Department of Justice, Tax Division