Jennifer K. Hostetler
State Bar No. 11994
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail: jhostetler@lrrc.com

Attorneys for Plaintiff
*Genworth Life and Annuity Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JACLYN R. HAFTER, an individual; J.H., a minor; G.H., a minor; BRANDON PHILLIPS, as Trustee of the Jacob Hafter Trust dated April 17, 2018, and THE UNITED STATES OF AMERICA, acting through the Internal Revenue Service, and DOES 1-5.,<br><br>Defendants. | CASE NO.: 2:18-CV-02161-JAD-PAL<br><br>**STIPULATION AND ORDER OF DISCHARGE IN INTERPLEADER, DISMISSAL WITH PREJUDICE OF GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, AND CONSOLIDATION**<br><br>ECF No. 30 |

Plaintiff Genworth Life and Annuity Insurance Company ("Genworth"), as the successor in interest to First Colony Life Insurance and Defendants Jacyln R. Hafter, J.H., G.H., Brandon Phillips as Trustee of the Jacob Hafter Trust dated April 17, 2018, and the United States of America ("Defendants") hereby submit the following Stipulation and Order of Discharge in Interpleader, Dismissal with Prejudice of Genworth Life and Annuity Insurance Company, and Consolidation in connection with the above-captioned action.

1.      On November 13, 2018, Genworth filed its Complaint in Interpleader due to competing claims and/or interests of the Defendants and the potential for multiple liability with respect to a death benefit payable under a Term Life Insurance Policy No. 5707187 Genworth issued to Jacob Hafter ("Policy") in the amount of $250,000.00 ("Death Benefit").  ECF No. 2.

107389642_2

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

2.    All Defendants named in this action have been served and have filed their respective Answers to the Complaint in Interpleader.  ECF Nos. 7, 15, 20, 25 and 26.  Defendants Jacyln Hafter, Brandon Phillips as Trustee of the Jacob Hafter Trust dated April 17, 2018, and the United States of America have also filed their Claims to the Death Benefit.  ECF Nos. 7, 15, and 20.

3.    On February 19, 2019, the Court ordered that any stipulation to interplead funds and dismiss Genworth be filed by February 26, 2019.  ECF No. 29.  The parties, however, could not reach a stipulation on February 26, 2019 and Genworth was preparing to submit a motion to discharge and interplead funds as well as an application for attorneys' fees.  Subsequently, the parties have come to an agreement which is set forth herein.

4.    Genworth has been and is now prepared to deposit the Death Benefit in the amount of $250,000.00  into the Court's registry account in accordance with Fed. R. Civ. P. 67 and LR 67-1.  This amount represents the Death Benefit payable under the Policy. The parties request that the funds be invested in an interest bearing account established by the Clerk of the Court under LR 67-2(a).

5.    Genworth further seeks $10,000.00 in attorneys' fees and costs incurred in the filing and prosecuting this action. The Parties agree and stipulate that Genworth may deduct $10,000.00 from the Death Benefit prior to depositing the sum with the Clerk of the Court.

6.    Genworth further seeks discharge from any further liability under the Policy and on account of the death of Jacob L. Hafter and a dismissal with prejudice from this action. The parties agree and stipulate to Genworth's discharge and dismissal with prejudice from this action upon deposit of the Death Benefit less $10,000.00, which represents Genworth's attorneys' fees and costs.

7.    The parties agree and stipulate that the Court shall enter an order permitting Genworth to deposit the Death Benefit, less $10,000.00 to the Clerk of this Court for the Court to deposit into the Court's Registry Account.  Deposit shall be made within 20 days of the date of service of the Court's Order.  Additionally, the parties request that the Clerk deposit the amount tendered by Genworth into an interest-bearing account until such time as the Court makes its

107389642_2

order directing disbursement and distribution of these funds. The parties further request that Genworth be discharged and dismissed from this interpleader action with prejudice upon deposit to the Clerk of this Court.

8. The parties further agree and stipulate that Genworth is fully discharged from this action and all Defendants will not commence or prosecute any other action against Genworth for the collection of the Death Benefit or arising out of the subject Policy until further order of the court.

9. The parties further agree and stipulate that pursuant to Fed. R. Civ. P. 42 and LR 42-1, this action shall be consolidated with *Reliastar Life Insurance Co. v. Jacyln R. Hafter, et al*,. Case No. 2:18-cv-01166-APG-NJK pending in the United States District Court for the District of Nevada as the two cases concern common questions of law and fact.

10. Upon consolidation of the actions, the remaining parties intend to submit a joint motion seeking to reschedule and extend the discovery cutoff and pretrial dates for the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

107389642_2

consolidated action for several months.

Dated this 1st day of March, 2019.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

SOLOMON DWIGGINS & FREER, LTD.

By: */s/ Jennifer K. Hostetler*

Jennifer K. Hostetler
State Bar No. 11994
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
jhostetler@lrrc.com
*Attorneys for Plaintiff Genworth Life and Annuity Company*

By: */s/ Alexander G. Leveque*

Steven E. Hollingworth
State Bar No. 7753
Alexander G. Leveque
State Bar No. 11183
Joshua M. Hood
State Bar No. 12777
9060 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: 702.589.3202
shollingworth@sdfnvlaw.com
aleveque@sdfnlaw.com
jhood@sdfnvlaw.com
*Attorneys for Defendants Jacyln R. Hafter, J.H., and G.H.*

U.S. DEPARTMENT OF JUSTICE

CARY COLT PAYNE, CHTD

By: */s/ Henry C. Darmstadter*

Henry C. Darmstadter
Trail Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044-0683
(202) 307-6481

Of Counsel
Nicholas A. Trutanich
United States Attorney
*Attorneys for the United States*

By: */s/ Cary Colt Payne*

Cary Colt Payne
State Bar No. 4357
700 South Eighth Street
Las Vegas, NV 89101
Tel: 702.383.9010
carycoltpaynechtd@yahoo.com
*Attorneys for Defendant Brandon Phillips, Trustee*

Lewis Roca
ROTHGERBER CHRISTIE
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

107389642_2

4

**ORDER**

Based on the parties' stipulation **[ECF No. 30]** and good cause appearing, IT IS

HEREBY ORDERED that **Genworth has until March 28, 2019, to deposit $240,000** (the

Death Benefit minus Genworth's $10,000 in fees and costs incurred in this action) with the Clerk

of Court for deposit into the Court Registry Investment System.

IT IS FURTHER ORDERED that, **once the deposit has been made, Genworth will be**

**fully dismissed and discharged from this action** and no defendant herein will commence or

prosecute any other action against Genworth for the collection of the Death Benefit or arising out

of the subject Policy until further order of the court.

IT IS FURTHER ORDERED that the parties' **request to consolidate** the remainder of

this action into Case No. 2:18-cv-01166-APG-NJK **is DENIED without prejudice** to the

parties' ability to file a proper motion to consolidate in the docket in Case No. 2:18-cv-01166-

APG-NJK, and in this case as Local Rule 42-1 requires.  Alternatively, the remaining parties to

this case (along with the parties in Case No. 2:18-cv-01166-APG-NJK) may file a stipulation to

consolidate these matters in the docket in both cases and in the format dictated by Local Rules 7-

1 and IA 6-2.

Dated: March 11, 2019

_____ _____
U.S. District Judge Jennifer A. Dorsey