Jennifer K. Hostetler
State Bar No. 11994
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail: jhostetler@lrrc.com

Attorneys for Plaintiff
*Genworth Life and Annuity Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JACLYN R. HAFTER, an individual; J.H., a minor; G.H., a minor; BRANDON PHILLIPS, as Trustee of the Jacob Hafter Trust dated April 17, 2018, and THE UNITED STATES OF AMERICA, acting through the Internal Revenue Service, and DOES 1-5.,<br><br>    Defendants. | CASE NO.: 2:18-CV-02161-JAD-PAL<br><br>**STIPULATION AND ORDER TO AMEND THE ORDER OF DISCHARGE IN INTERPLEADER, DISMISSAL WITH PREJUDICE OF GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, AND CONSOLIDATION [ECF 31]**<br><br>ECF No. 36 |

Plaintiff Genworth Life and Annuity Insurance Company ("Genworth"), as the successor in interest to First Colony Life Insurance and Defendants Jaclyn R. Hafter, J.H., G.H., Brandon Phillips as Trustee of the Jacob Hafter Trust dated April 17, 2018, and the United States of America ("Defendants") hereby submit the following Stipulation and Order to Amend the Order of Discharge in Interpleader, Dismissal with Prejudice of Genworth Life and Annuity Insurance Company, and Consolidation ("Stipulation and Order to Amend") in connection with the above-captioned action.

  1.  On March 1, 2019, Genworth filed the Stipulation and Order of Discharge in Interpleader, Dismissal with Prejudice of Genworth Life and Annuity Insurance Company, and Consolidation. (ECF 30).

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1      2.     On March 11, 2019, the Court issued an Order of Discharge in Interpleader,

2 Dismissal with Prejudice of Genworth Life and Annuity Insurance Company, and Consolidation

3 ("March 11, 2019 Order") requiring Genworth to deposit $240,000.00 (the Death Benefit minus

4 Genworth's $10,000 in fees and costs incurred in this action) with the Clerk of Court for deposit

5 into the Court Registry Investment System. (ECF 31).

6      3.     Since entry of the Court's March 11, 2019 Order, Genworth has learned that the

7 Death Benefit of $250,000.00 has accrued interest in the amount $5,556.16.

8      4.     Accordingly, Genworth seeks to amend the March 11, 2019 Order to allow the

9 deposit of $245,556.16 by March 28, 2019. This amount represents the Death Benefit inclusive of

10 accrued interest and less $10,000.00 in Genworth's attorneys' fees and costs.

11      5.     The parties agree and stipulate that the Court shall enter an order amending the

12 March 11, 2019 Order to permit Genworth to deposit $245,556.16 to the Clerk of this Court for

13 deposit into the Court's Registry Investment System.

14      6.     The parties agree and stipulate that this Stipulation and Order to Amend does not

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

107602776.1

seek to amend or change any other ruling of the Court's March 11, 2019 Order.

Dated this 19th day of March, 2019.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Jennifer K. Hostetler
Jennifer K. Hostetler
State Bar No. 11994
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
jhostetler@lrrc.com
*Attorneys for Plaintiff Genworth Life and
Annuity Company*

SOLOMON DWIGGINS & FREER, LTD.

By: /s/ Alexander G. Leveque
Steven E. Hollingworth
State Bar No. 7753
Alexander G. Leveque
State Bar No. 11183
Joshua M. Hood
State Bar No. 12777
9060 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: 702.589.3202
shollingworth@sdfnvlaw.com
aleveque@sdfnlaw.com
jhood@sdfnvlaw.com
*Attorneys for Defendants Jacyln R.
Hafter, J.H., and G.H.*

U.S. DEPARTMENT OF JUSTICE

By: /s/ Henry C. Darmstadter
Henry C. Darmstadter
Trail Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044-0683
(202) 307-6481

Of Counsel
Nicholas A. Trutanich
United States Attorney
*Attorneys for the United States*

CARY COLT PAYNE, CHTD

By: /s/ Cary Colt Payne
Cary Colt Payne
State Bar No. 4357
700 South Eighth Street
Las Vegas, NV 89101
Tel: 702.383.9010
carycoltpaynechtd@yahoo.com
*Attorneys for Defendant Brandon
Phillips, Trustee*

## ORDER

Based on the parties' stipulation [ECF No. 36] and good cause appearing, IT IS HEREBY ORDERED that the court's **order dated 3/11/19 [ECF No. 31] directing Genworth to deposit $240,000 is hereby amended to state that the deposit should instead be in the amount of $245,556.16** (which represents $250,000 + accrued interest of $5,556.16 - $10,000 in Genworth's fees and costs).

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 23, 2019

107602776.1

LEWIS ROCA
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996