# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, | Case No. 2:18-cv-02161-JAD-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| JACLYN R. HAFTER, et al., | |
| Defendants. | |

At the scheduling conference held in February, the court ordered the parties to meet and confer to determine if they could stipulate to this case being consolidated for discovery with a related case pending in this district, 2:18-cv-01166-APG-NJK, *Reliastar Life Insurance Company v. Jaclyn R. Hafter, et al.*. (Mins. of Proceedings (ECF No. 29).) The parties subsequently stipulated to consolidate the cases, stating that once the cases were consolidated, the parties would file a joint motion to extend the scheduling order that is in effect in the related case. (Stip. (ECF No. 30).) The United States district judge assigned to this case denied the stipulation without prejudice for the parties to file a motion or stipulation to consolidate in both cases that complies with the court's local rules. (Order (ECF No. 31).) The United States subsequently filed a notice of related cases. (Notice (ECF No. 32).) But the parties have not filed motions or stipulations to consolidate, and there is not a scheduling order in this case. Given the case's procedural posture, the parties must meet and confer and file a joint status report regarding their positions on discovery and consolidation by June 28, 2019.

IT IS SO ORDERED.

DATED: June 14, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE