# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Genworth Life and Annuity Insurance Company,<br><br>    Plaintiff<br><br>v.<br><br>Jaclyn R. Hafter, et al.,<br><br>    Defendants | Case No.: 2:18-cv-02161-JAD-BNW<br><br>**Order Shortening Briefing Schedule for Emergency Motion to Dismiss**<br><br>[ECF No. 49] |

    Based on the declaration of Joshua M. Hood and good cause appearing, IT IS HEREBY ORDERED that the briefing schedule for defendants' Joint Emergency Motion to Release Funds and to Dismiss Matter **[ECF No. 49] is SHORTENED**. Any response to the motion must be filed by November 8, 2019, and any reply must be filed by November 13, 2019.

                                                             _____
                                                         U.S. District Judge Jennifer A. Dorsey
                                                                          October 31, 2019